# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV12-02592 JAK (CWx) | Date | July 17, 2013 |
| Title | David Shin v. Wolo Manufacturing Corp., et al. | | |

---

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On July 11, 2013, the parties met with Magistrate Judge Woehrle for a settlement conference and were able to reach a resolution of the matter. Dkt. 59. The Court sets an Order to Show Cause re Dismissal for August 5, 2013 at 1:30 p.m. If the parties file a dismissal by July 31, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The following matters are vacated:

1. July 22, 2013 Post Mediation Status Conference;
2. Plaintiff's Motion for Partial Summary Judgment of Infringement of US Patent No. D604,188 and for Dismissal with Prejudice of the Anticipation and Obviousness Affirmative Defenses (Dkt. 49);
3. Defendant's Motion for Summary Judgment that the '188 Patent is Invalid Under the On Sale Bar (Dkt. 51);
4. December 2, 2013 Final Pretrial Conference;
5. December 13, 2013 Exhibit Conference; and
6. December 17, 2013 Jury Trial

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |